UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN BROWN, an individual,<br><br>                                    Plaintiff,<br><br>v.<br><br>BARKLEY RARITIES INC., a New York corporation,<br><br>                                    Defendant. | Case No.: 22-CV-1692 TWR (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>(ECF No. 21) |

　　Presently before the Court is Plaintiff Glenn Brown and Defendant Barkley Rarities Inc.'s Joint Motion to Dismiss Action with Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) ("Joint Mot.," ECF No. 21).  Good cause appearing, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** this action in its entirety, with each party to bear its own attorneys' fees and costs.  The Clerk of Court **SHALL CLOSE** the file.

　　**IT IS SO ORDERED.**

Dated:  November 14, 2023

　　　　　　　　　　　　　　　　　　　　_Todd Robinson_
　　　　　　　　　　　　　　　　　　　　Honorable Todd W. Robinson
　　　　　　　　　　　　　　　　　　　　United States District Judge